# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

Chattanooga Division

| | |
|---|---|
| Barbara A. Evans-Gray <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> Koch Foods <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 1:26-cv-52 <br> *(to be filled in by the Clerk's Office)* <br><br> McDonargh/Dymitrn |

FILED MAR 02 2026 Clerk, U.S. District Court Eastern District of Tennessee At Chattanooga

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Barbara A. Evans-Gray |
   | Street Address | 476 Kailors Cove Circle |
   | City and County | Ringgold - Catoosa |
   | State and Zip Code | Georgia 30736 |
   | Telephone Number | 423-364-2909 |
   | E-mail Address | bae.gray@yahoo.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: **Koch Foods**
- Job or Title (if known):
- Street Address: 1826 Cappella St.
- City and County: Chattanooga - Hamilton
- State and Zip Code: Tennessee 37408
- Telephone Number: 423-267-3098
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question       [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title II, VI, and VII of the Civil Rights Act ; 42 U.S.C. § 1981(Civil RightAct of 1964) ;
(CRED) Civil RightsEnforcement Division; (ADA) Act of 1990; (ACA) Affordable Care Act;
ERISA (29 U.S.C. § 1981)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* **Barbara A. Evans-Gray**, is a citizen of the State of *(name)* **Georgia**.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* **Koch Foods**, is incorporated under the laws of the State of *(name)* **Tennessee**, and has its principal place of business in the State of *(name)* **Illinois**.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**The damage done is irreparable**

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

**Koch Foods, 1826 Cappella St. Chattanooga, TN 37408**

**My place of employment.**

B. What date and approximate time did the events giving rise to your claim(s) occur?

**I. Discrimination charge 09/26/2024**

**II. Retaliation charge 05/21/2025**

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I. For the charge of discrimination I was insulted by my supervisor Ben Bennette. I reported it to HR and thereafter I was subjected to indifferrent treatment compared to Ben's family member Tristan. Tristan was hired nepotistically as Bens QA manager, as stated in the employee handbook pg 7.

II. For the charge of retaliation I was refused employee medical benefits information after suffering a brain injury. I reported it to the U.S. Department of Labor and did not receive Summary Plan Benefit information, but I was issued the Plan Document which is a legal document for the company's use. It contained 1121 pages of information that I could not understand. May 7, 2025 I was notified by email that my benefits had ended without notice. I received the (PD) 07/21/2025.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

I could not get the proper treatment I needed due to loss of insurance. Koch Foods failed to give me sufficient notice of cancellation of my medical insurance. My condition is still present. Koch Foods could have given me proper notification of cancellation to allow me time to make arrangements for continued medical treatment and recovery.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am entitled to actual damages in the amount of 1,000,00.00 dollars due to discrimination, breech of contract, and failure to uphold fiduciary duties.

I am entitled to 1,000,000.00 due to punitive damages because Koch Foods made a conscious decision to withhold pertinent information that was desperately needed. They were aware of all circumstances pertaining to my health.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 1, 2025

Signature of Plaintiff: *Barbara A. Evans-Gray*
Printed Name of Plaintiff: Barbara A. Evans-Gray

### B. For Attorneys

Date of signing: 

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address